1  Christopher J. Passarelli, SBN 241174
   Brett J. Leininger, SBN 329579
2  DICKENSON, PEATMAN & FOGARTY
   1500 First Street, Ste. 200
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876
   cpassarelli@dpf-law.com
5  bleininger@dpf-law.com

6  Attorneys for Plaintiff
   STEWART CELLARS LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEWART CELLARS LLC,              | CASE NO. 4:21-cv-02153-PJH
12 |           Plaintiff,              | **THIRD STIPULATED REQUEST AND
   |                                   | ORDER EXTENDING TIME FOR
13 |     vs.                           | PLAINTIFF TO FILE MOTION TO
   |                                   | STRIKE ANSWER**
14 | WEST COAST WINE PARTNERS LLC,
   | BACAS HOLDINGS LTD.,
15 | BACAS HOLDING, INC., and
   | DOES 1 – 20,
16 |
   |           Defendants.
17

1  Pursuant to Local Rule 6-2, Plaintiff Stewart Cellars LLC ("Plaintiff") and Defendants
2  West Coast Wine Partners LLC and Bacas Holdings Ltd. ("Defendants") jointly stipulate and
3  respectfully request that the Court grant an additional extension of 30 days for Plaintiff to move
4  to strike portions of Defendants' Answer to the Second Amended Complaint (Dkt. 61)
5  ("Answer").

6  Good cause exists to grant the requested extension. The parties are engaged in settlement
7  discussions and request the time modification in order to facilitate settlement. The parties are
8  close to settlement, have already agreed to a Term Sheet for settlement, have exchanged drafts
9  of a formal settlement agreement, and are in the final stages of memorializing that agreement
10 now. Defendants filed their Answer on March 2, 2022, and, pursuant to Federal Rule of
11 Procedure 12(f), a motion to strike portions of the Answer was due to be filed by March 23,
12 2022. The Court granted a stipulated request to extend time and issued an Order extending time
13 for Plaintiff to file a Motion to Strike by 21 days, which extended the file deadline to April 13,
14 2022. (Dkt. 63.) On April 12, 2022, the Court granted the parties' stipulated request to further
15 extend the deadline to May 13, 2022 (Dkt. 65). Plaintiff wishes to preserve its rights in case
16 settlement discussions falter and will file its motion by the deadline if the Court does not grant
17 the extension. An extension would allow the parties to focus on settlement over the next month,
18 and not on further motion practice that could jeopardize settlement negotiations. Accordingly,
19 the **parties jointly believe that the requested additional 30-day extension is appropriate.**

20 The requested extension will not affect any deadline set by the Court.

21 The parties previously stipulated to a 3-day extension for Defendants to respond to the
22 First Amended Complaint (Dkt. 20), and, in February, the Court granted Defendants' *ex parte*
23 motion extending the time for Defendants to respond to the Second Amended Complaint (Dkt.
24 57). The parties held several settlement conferences with Judge Cousins in this case, one of
25 which was extended at Plaintiff's request (Dkt. 51). As mentioned above, the Court has granted
26 two prior stipulated requests to extend time for Plaintiff to file a Motion to Strike. (Dkts. 63 &
27 65).

28

THIRD STIPULATED REQUEST TO  2  CASE NO. 4:21-CV-02153-PJH
EXTEND; ORDER

Dated: May 13, 2022

**DICKENSON, PEATMAN & FOGARTY**

By */s/ Christopher J. Passarelli*
Christopher J. Passarelli
Brett J. Leininger

Attorneys for Plaintiff,
Stewart Cellars LLC

**CARLE, MACKIE, POWER & ROSS**

By /s/ Kimberly Corcoran
Kimberly Corcoran
Philip J. Terry

Attorneys for Defendants,
Bacas Holdings Ltd.
West Coast Wine Partners LLC

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Christopher Passarelli, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 13, 2022.

*/s/ Christopher J. Passarelli*
Christopher J. Passarelli

**ORDER**

Good cause appearing, the Court orders as follows:

1. The deadline for Plaintiff to file a motion to strike portions of Defendants' Answer to the Second Amended Complaint (Dkt. 61) is extended by an additional 30 days, to **June 13, 2022**;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 5/16/2022

United States District Judge