1  Christopher J. Passarelli, SBN 241174
   Brett J. Leininger, SBN 329579
2  DICKENSON, PEATMAN & FOGARTY
   1500 First Street, Ste. 200
3  Napa, California 94559
   Telephone: (707) 252-7122
4  Facsimile: (707) 255-6876
   cpassarelli@dpf-law.com
5  bleininger@dpf-law.com

6  Attorneys for Plaintiff
   STEWART CELLARS LLC
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | STEWART CELLARS LLC,                | CASE NO. 4:21-cv-02153-PJH |
12 | Plaintiff,                          | **STIPULATED REQUEST FOR ORDER DISMISSING ACTION AND ORDER [F.R.C.P. 41(a)]** |
13 | vs.                                 |  |
14 | WEST COAST WINE PARTNERS LLC, BACAS HOLDINGS LTD., BACAS HOLDING, INC., and DOES 1 – 20, |  |
15 |  |  |
16 | Defendants.                         |  |

19     Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Stewart Cellars LLC requests
20 an order dismissing with prejudice the above-captioned action, including all claims and causes of
21 action, against all defendants. Defendants Bacas Holdings Ltd. and West Coast Wine Partners
22 LLC ("Defendants") have answered the complaint, but have not pleaded any counterclaim.[1]
23 (ECF. No. 61)  Each party is to bear its own costs and attorneys' fees.
24     Plaintiff filed the instant action to redress, *inter alia*, alleged breaches of a prior
25 settlement agreement that resolved a prior lawsuit between the parties. In dismissing the prior
26 suit, the Court declined to retain jurisdiction, and Plaintiff was required to file this action
27 separately.
28

---

[1] Defendant Bacas Holding, Inc., was previously dismissed from this action. (ECF. No 16)

STIPULATED REQUEST FOR DISMISSAL            1            CASE NO. 4:21-CV-02153-PJH
[PROPOSED] ORDER

On May 18, 2022, Plaintiff and Defendants executed another settlement agreement (the "Settlement Agreement") in which Plaintiff agreed to dismiss this action with prejudice. The parties expressly reserved their respective rights to sue for breach and agreed that the Court should retain jurisdiction to enforce the Settlement Agreement. The Court's continuing jurisdiction over the Settlement Agreement would conserve judicial resources and prevent the filing of a separate action should another dispute arise between the parties. Accordingly, the parties, by and through their respective attorneys of record, hereby stipulate and jointly request that the Court dismiss this action in its entirety, but retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: May 31, 2022

**DICKENSON, PEATMAN & FOGARTY**

By  */s/ Christopher J. Passarelli*
    Christopher J. Passarelli
    Brett J. Leininger

Attorneys for Plaintiff,
Stewart Cellars LLC

**CARLE, MACKIE, POWER & ROSS**

By  */s/ Kimberly Corcoran*
    Kimberly Corcoran
    Philip J. Terry

Attorneys for Defendants,
Bacas Holdings Ltd.
West Coast Wine Partners LLC

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I, Christopher Passarelli, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 31, 2022.

　　　　　　　　　　　　　　　　　　*/s/ Christopher J. Passarelli*
　　　　　　　　　　　　　　　　　　Christopher J. Passarelli

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a) and the stipulation of the parties, the above-captioned action is hereby dismissed with prejudice. Each party to bear its own costs and attorneys' fees. The Court retains jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

Date: June 1, 2022

_____
HON. PHYLLIS J. HAMILTON
United States District Judge